TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-11-00593-CV
 
 




 

 

Isela Moreno and Latief Bowser, Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 53rd District Court OF Travis COUNTY 
 NO. D-1-FM-11-000731, The Honorable
 Darlene Byrne, JUDGE PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
 PER CURIAM
 During a review of the record following counsel’s filing of a suggestion
 of appellant Isela Moreno’s death, the Court noted that appellant Latief Bowser has not filed his
 brief.  Bowser filed his notice of appeal on September 29, 2011, and the
 appellate record was complete on March
 5, 2012, making Bowser’s brief due March 26, 2012. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore we order counsel to file appellant’s brief no later than June 4, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt of court.
 It is ordered on May 18, 2012.
  
  
 Before Chief
 Justice Jones, Justices Pemberton and Rose